No. 86–5524. MAYER v. ANGELICA. C. A. 7th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Peti-tioner is allowed until December 8, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari

without reaching the merits of the motion to proceed *in forma pauperis*.